UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM SAVETT, *Individually and on behalf of all others similarly situated* | ) ) ) ) | Case No. : 1:20 CV 42 |
| Plaintiff, | ) ) ) | JUDGE DONALD C. NUGENT |
| vs. | ) ) ) | ORDER OF DISMISSAL |
| GREAT AMERICAN POWER, LLC., | ) ) | |
| Defendant. | ) | |

Counsel have notified the Court that the above captioned case has been settled. Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: March 1, 2021